No. 166. H.. G. KÓLLER *v.* UNITED STATES.   Appeal from the District Court of the United States for the Western District of Washington.   January 3, 1923.   Dismissed, pursuant to the 16th Rule, on motion of *Mr. Solicitor General Beck* for the United States.   *Mr. Dal V. Halverstadt* and *Mr. E. M. Farmer* for appellant. ·

---

No. 171. UNITED STATES EX REL. WORKINGMEN'S COOPERATIVE PUBLISHING ASSOCIATION *v.* HUBERT WORK, POSTMASTER GENERAL, ETC.   Error to the Court of Appeals of the District of Columbia.   January 3, 1923. , Dismissed, per stipulation. _Mr. S. John Block_ for plaintiff in error. *The Attorney General* for defendant in error.

---

No. 236. CHARLES M. WATERS *v.* HENRY W. PHILLIPS ET AL.  Appeal from the District Court of the United States for the Northern District of Illinois.   January 8, 1923. Dismissed with costs, on motion of *Mr. Solicitor General Beck* for appellant.  No appearance for appellees.

---

No. 12. EXCHANGE OIL COMPANY *v.* F. C. CARTER, AS STATE AUDITOR, ETC., ET AL.  Appeal from the District Court of the United States for· the Western District of Oklahoma;

No. 13. EXCHANGE OIL COMPANY *v.* F. C. CARTER, AS STATE AUDITOR, ETC.;

No. 14. EXCHANGE OIL COMPANY *v.* F. C. CARTER, AS STATE AUDITOR, ETC.; and

No. 15. EXCHANGE OIL COMPANY *v.* F. C. CARTER, AS STATE AUDITOR, ETC.   Error to the District Court of the United States .for the Western District of ·Oklahoma. January 8, 1923.   Dismissed with costs, per stipulation. *Mr. William O. Beall* and *Mr. J. S. Ross* for appellant and plaintiff in error.   *Mr. George F. Short* and *Mr. S. P. Freeling* for appellees and defendant in error.